### GREATER NEW YORK FILM RENTAL CO. v. MOTION PICTURE PATENTS CO. et al.

(Supreme Court, Appellate Division, First Department.   June 20, 1913.)

PLEADING (§ 251*)—AMENDMENT—ALLOWANCE.

A motion for leave to amend a complaint must be denied, where the proposed amendment will not materially change the original complaint or entitle plaintiff to any relief.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 734, 735; Dec. Dig. § 251.*]

Appeal from Special Term, New York County.

Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others.   From an order denying motion for leave to amend complaint, plaintiff appeals.   Order affirmed.

See, also, 150 App. Div. 922, 135 N. Y. Supp. 1115.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Gustavus A. Rogers, of New York City, for appellant.

Le Roy D. Ball and Harold Nathan, both of New York City, for respondents.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements, upon the ground that the amendments sought do not materially change the original complaint or entitle the plaintiff to any relief.